**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YONI AMILCAR FUNES LUCAS, | Old Case No. 1:26-cv-01265 KES CDB |
| Petitioner, | New Case No. 1:26-cv-01265 JLT HBK |
| v. | ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE |
| PAM BONDI, et al., | |
| Defendants. | ORDER CONSOLIDATING CASES |

| | |
|---|---|
| YONI AMILCAR FUNES LUCAS, | Case No. 1:26-cv-00676 JLT HBK |
| Petitioner, | ORDER CONSOLIDATING CASES |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Defendants. | |

Pursuant to Local Rule 123, the Court finds that the action *Lucas v. Bondi*, Case No. 1:26-cv-01265 KES CDB, is related under this Court's Local Rule 123 to *Lucas v. Warden of Golden State Annex Detention Facility*, Case No. 1:26-cv-00676 JLT HBK. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote

1

convenience, efficiency, and economy for the Court and parties. Thus, the Court **ORDERS** that Case No. 1:26-cv-01265 KES CDB is reassigned to U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Helena M. Barch-Kuchta and shall bear the **New Case No. 1:26-cv-01265 JLT SKO**.

In addition, given that Petitioner initiated Case No. 1:26-cv-00676 JLT HBK before securing counsel, Petitioner's counsel suggests that consolidation of these matters will promote judicial economy and clarify the record. (*See* Doc. 8, Case No. 1:26-cv-01265.) The Court agrees. Thus, good cause appearing, the Court **ORDERS** that these cases be **CONSOLIDATED**. Case No. 1:26-cv-00676 JLT HBK shall be the lead case.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

UNITED STATES DISTRICT JUDGE

2