UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONI AMILCAR FUNES LUCAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | Case No.  1:26-cv-00676-JLT-HBK (HC)<br><br>ORDER<br><br>FOURTEEN DAY DEADLINE |

Before the Court is pro se Petitioner Yoni Amilcar Funes Lucas' operative petition for writ of habeas corpus under 28 U.S.C. § 2241 docketed on January 26, 2026. (Doc. 1, "Petition"). On January 29, 2026, the Court directed a response to the Petition, set a briefing schedule, and directed service of the documents. (Doc. 6). On February 19, 2026, Respondents timely filed an Answer to the Petition. (Doc. 9).

On March 3, 2026, pursuant to Local Rule 123, the assigned district judge found the instant action, Case No. 1:26-cv-00676-JLT-HBK., related to Case No. 1:26-cv-01265-KES-CDB. (Doc. 12). The district court further reassigned and consolidated the latter filed case, designating Case No. 1:26-cv-00676-JLT-HBK as the lead case. (Doc. 12, "order consolidating"). (*Id*.)

As relevant here, the operative Petition in the lead case was filed pro se, whereas the

petition for writ of habeas corpus in the later-filed, and now closed, member case was filed by Petitioner's counsel.  (*See* Doc. 1:26-cv-01265-KES-CDB, Doc. 1).  The order consolidating did not carry over the counseled petition filed in the member case to the lead case, nor did it set revised deadlines in the now-consolidated lead case.

Accordingly, it is **ORDERED**:

1. No later than **fourteen (14) days** from the date of service of this Order, Petitioner must choose from the following options:

   a. Adopt the operative pro se Petition in the lead case, and, if desired, file an optional reply to Respondents' Answer.

   b. File an amended petition for writ of habeas corpus.

2. If Petitioner files an amended petition for writ of habeas corpus, Respondent shall file a response no later than **fourteen (14) days** after the amended petition is filed. Petitioner thereafter may file a traverse within **seven (7) days.**

Dated:   March 29, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE